CAVENY, Respondent, v. HEILBERGER et ux., Appellants. (Supreme Court, Appellate Division, Second Department. May 29, 1902.)

Action by Michael Caveny against Louis G. Heilberger and Teresa Heilberger, his wife. No opinion. Judgment affirmed on stipulation, with costs.